### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**BRANDI ELESE TURNER KENNEDY**                                    **PETITIONER**

**V.**                                    **CIVIL ACTION NO. 1:26-CV-00076-MPM-DAS**

**JOHN AINSWORTH, et al.**                                    **RESPONDENTS**

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On May 11, 2026, Petitioner Brandi Elese Turner Kennedy, proceeding *pro se*, filed a habeas petition and an accompanying incomplete application to proceed *in forma pauperis* ("IFP"). *See* Doc. # 2. The Court entered an Order on May 13, 2026, requiring Kennedy to submit a *complete* IFP motion, or otherwise pay the filing fee within twenty-one (21) days. Doc. # 4. The Order further warned Kennedy that her failure to comply may lead to the dismissal of this action. *Id.* Despite this warning and directive, Kennedy failed to comply.

Consequently, the Court entered an Order on June 17, 2026, directing Kennedy to show cause within fourteen (14) days why this case should not be involuntarily dismissed as provided by Rule 41(b) of the Federal Rules of Civil Procedure. Doc. # 5. The Order cautioned Kennedy that her "failure to do so *will* result in the dismissal of this action without prejudice." *Id.* Kennedy has failed to respond or otherwise submit a complete IFP application or pay the filing fee, and the time for doing so has now passed. Accordingly, the instant action is hereby **DISMISSED without prejudice** for Kennedy's failure to prosecute and failure to comply with an Order of the Court. Any pending motions will be **TERMINATED.**

SO ORDERED, this the 8th day of July, 2026.

/s/Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**